

**FILED**

01/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

<table>
<tr><td>IN RE MOTION FOR ADMISSION UPON UNIFORM BAR EXAMINATION SCORE TRANSFER</td><td>O R D E R</td></tr>
</table>

Malori Mae McGill Fery has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Fery has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and competition of any other processing requirements as set forth by the Bar Admissions Administrator, Malori Mae McGill Fery may be sworn in to the practice of law in the State of Montana. Arrangements for swearing-in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this _____ day of January, 2024.

_____
Chief Justice

_____

_____

**FILED**

JAN 0 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices